1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EVERETT SEYMOUR, *et al.*,

     Plaintiffs,

     v.

MCLANE COMPANY, INC., *et al.*,

     Defendants.

NO.  ED CV-08-007-RHW

**ORDER TO SHOW CAUSE**

A telephonic status conference was held in the above-captioned matter on February 16, 2010. All Plaintiffs failed to appear, and failed to contact the Court to explain their failure to appear.

Accordingly, **IT IS HEREBY ORDERED:**

On or before **February 26, 2010,** Plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel and Plaintiffs.

**DATED** this *16th* day of February, 2010.

ROBERT H. WHALEY
United States District Judge

C:\Temp\notesE1EF34\showcause.ord.wpd

**ORDER TO SHOW CAUSE * 1**